**Order filed February 4, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00469-CV
———————

### AZHAR M. CHAUDHARY, Appellant

### V.

### WENSHAN ZHANG, Appellee

---

**On Appeal from County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-CCV-064611**

---

## ORDER

This appeal is from a judgment signed May 31, 2019. Appellant filed a notice of appeal on June 12, 2019. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a).

The clerks' record filed January 2, 2020 reflects that appellant has not been ordered to pay costs pursuant to Rule 145. Accordingly, the official court reporter for the 234th District Court is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.